FILED
06/20/2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CV_____
            Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>URIEL MELCHOR-CORTEZ<br>Defendant | AU:23-CR-00110-RP<br><br>**INDICTMENT**<br><br>[Ct. 1: 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute Methamphetamine;<br>CT. 2: 18 U.S.C. § 1791(a)(2) – Possession of Contraband in Prison] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Conspiracy to Possess with Intent to Distribute Methamphetamine
[21 U.S.C. § 846]

On or about November 21, 2022, in the Western District of Texas, Defendant,

**URIEL MELCHOR-CORTEZ,**

knowingly and intentionally combined, conspired, confederated, and agreed with other persons known and unknown to the grand jury, to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found in 21 U.S.C. § 841(b)(1)(A)(viii).

## COUNT TWO
### Possession of Contraband in Prison
### [18 U.S.C. § 1791(a)(2)]

On or about December 1, 2022, in the Western District of Texas, Defendant,

**URIEL MELCHOR-CORTEZ,**

being an inmate of a prison, knowingly possessed and obtained a prohibited object, specifically a phone used by a user of commercial mobile service (as defined in section 332(d) of the Communications Act of 1934 (47 U.S.C. 332(d)) in connection with such service.

In violation of 18 U.S.C. § 1791(a)(2), the penalty for which is found in 18 U.S.C. § 1791(b)(4).

A TRUE BILL

███████████████████████

FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY



By: _____
FOR: SHARON S. PIERCE
ASSISTANT UNITED STATES ATTORNEY